# VICTOR MERCIER *v.* DEPARTMENT OF MOTOR VEHICLES
## (AC 21034)

Lavery, C. J., and Schaller and Daly, Js.

Submitted on briefs November 1—officially released November 27, 2001

Per Curiam. The judgment is affirmed.

# DESMOND WHYTE *v.* COMMISSIONER OF CORRECTION
## (AC 20658)

Lavery, C. J., and Schaller and Daly, Js.

Submitted on briefs November 1—officially released November 27, 2001

Per Curiam. The judgment is affirmed.

# STATE OF CONNECTICUT *v.* RICHARD LANGSTON
## (AC 19960)

Foti, Flynn and O'Connell, Js.

Argued October 30—officially released November 27, 2001

Per Curiam. The judgment is affirmed.